**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputies: Patricia Glover (a.m.)     Date:   March 4, 2013
                    Robert R. Keech (p.m.)
Court Reporters:    Terri Lindblom (a.m.)
                    Tammy Hoffschildt (p.m.)
Probation Officer:  Justine Kozak

**Criminal Action No. 12-cr-00317-MSK**

_Parties_:                              _Counsel_:

UNITED STATES OF AMERICA,               Jeremy S. Sibert

           Plaintiff,

v.

NATHAN PAUL HAILPERN,                   Mark C. Johnson

           Defendant.

---

**SENTENCING MINUTES**

---

**9:16 a.m.     Court in session**.

Defendant present in custody.

**Change of Plea Hearing on November 28, 2012.  Defendant pled guilty to Count 4 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

**ORDER:**     This hearing is continued until 3:00 p.m. this afternoon for the reasons stated on the record.

**9:22 a.m.     Court in recess**

**3:20 p.m.     Court in session**

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure (**ECF Doc. No. 52**).  Argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(ECF Doc. No. 53)**.  No further argument.

Allocution. - Statement made by the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument made by counsel.

**ORDER:**   Defendant's Motion for Downward Departure Based Upon Role in the Offense **(ECF Doc. No. 52)** is **DENIED.**

**ORDER:**   Defendant's Motion for a Variant Sentence Pursuant to Section 3553(a) **(ECF Doc. No. 53)** is **GRANTED IN PART and DENIED IN PART.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:03 p.m.**   **Court in recess.**

**Total Time:  49 minutes.**
**Hearing concluded.**